IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



FILED AUG 18 2010
J. T. NOBLIN, CLERK
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:10cr83 WHB-LRA

PATSY FONTENOT  29 U.S.C. § 501(c)

**The Grand Jury charges:**

That from on or about November 12, 2002, and continuing to on or about March 20, 2006, in Rankin County in the Jackson Division of the Southern District of Mississippi and elsewhere, the defendant, **PATSY FONTENOT**, while serving as an officer, that is, International Representative of the United Food and Commercial Workers, a labor organization engaged in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code, did willfully and unlawfully embezzle, steal, abstract, and convert to her own use or to the use of another the sum of approximately $6,943.15 of the monies, funds, securities, property and other assets of Local 790C of said labor organization, in violation of Section 501(c), Title 29, United States Code.

_/s/ John M. Dowdy, Jr._
DONALD R. BURKHALTER
United States Attorney

A TRUE BILL:

s/Signature Redacted

Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 18th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE